U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Sep 02 - 2025
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.   1:25-mj-244 (PJE) |
| ) | |
| **v.** ) | Stipulation and Order |
| ) | for Enlargement of Time |
| **CONNER BUSKEY,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION

The United States of America, by and through its counsel of record, the Acting United States Attorney for the Northern District of New York, and the defendant, Conner Buskey, by and through counsel, Eric K. Schillinger, hereby agree and stipulate that the time within which an indictment must be filed under 18 U.S.C. § 3161(b), be enlarged to and including sixty (60) days from the date of the signing of this Order and that such time be excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of 18 U.S.C. § 3161(b).

1) The chronology of this case is as follows:

   a) Date of complaint:  August 20, 2025

   b) Date of arrest and initial appearance:  August 22, 2025

   c) Defendant custody status: Detained

   d) Date United States moved for detention:  August 22, 2025

   e) Date defendant waived time limits on holding detention hearing, subject to being permitted to request a hearing later:  August 22, 2025

   f) There have been the following enlargements of time under the Speedy Trial Act: none.

2)       The United States and the defendant request this exclusion based on the following facts and circumstances:  On August 20, 2025, the defendant was charged in a two-count complaint with violations of 18 U.S.C. § 2252A(a)(2)(A) (receipt and distribution of child pornography) and § 2252A(a)(5)(B) and (b)(2) (possession of child pornography).  The government intends to produce discovery materials.  Defense counsel needs time to review these materials and further investigate the case.

3)       The parties stipulate and agree that the ends of justice served by granting this extension outweigh the best interest of the public and the defendant in a speedy indictment and trial because the defense needs more time to be prepared to defend the case, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

4)       The parties stipulate and agree that a period of sixty (60) days, from the date of the signing of this Order, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

Dated: _____, 2025                                       JOHN A. SARCONE III
                                                                                      Acting United States Attorney

                                                       By:       */s/ Nicholas Walter*
                                                                   Nicholas Walter
                                                                   Assistant United States Attorney
                                                                   Bar Roll No. 706029


                                                                   */s/ Eric K. Schillinger*
                                                                   Eric K. Schillinger, Esq.
                                                                   Attorney for Conner Buskey
                                                                   Bar Roll No. 516083

**ORDER**

A.    The Court adopts the stipulated facts set out above as findings and hereby incorporates them into this Order;

B.    The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether an extension of time within which the government must file an information or indictment serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights. The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy indictment and trial because the defense needs more time to be prepared to defend this case, taking into account the exercise of due diligence.

BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS, IT IS HEREBY ORDERED that the time within which an indictment must be filed under the provisions of 18 U.S.C. § 3161(b), be enlarged to and including sixty (60) days from the date of this Order, and that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of 18 U.S.C. § 3161(b), because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial for the reasons stipulated above. IT IS SO ORDERED.

Dated and entered this __2nd__ day of __September__, 2025.

                                                      Hon. Paul J. Evangelista
                                                     U.S. Magistrate Judge